# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138800

JASON JAMES PETERSEN,

      Plaintiff-Appellant,

v

                                    SC: 138800
                                      CoA: 290579

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

        On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 1, 2009, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2009

_____
Clerk

jm